# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 19-11373
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
January 24, 2020

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff−Appellee,

versus

SIDNEY RAY WILLIAMS,

Defendant−Appellant.

Appeal from the United States District Court
for the Northern District of Texas
No. 3:19-CR-159-1

Before DAVIS, SMITH, and HIGGINSON, Circuit Judges.

PER CURIAM:*

Sidney Williams is charged with possession of a firearm by a convicted

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

felon and possession of ammunition by a convicted felon, in violation of 18 U.S.C. § 922(g)(1).  He appeals an order denying his motion to revoke a pretrial detention order.

"Absent an error of law," we uphold a pretrial-detention order "if it is supported by the proceedings below, a deferential standard of review that we equate to the abuse-of-discretion standard."  *United States v. Rueben*, 974 F.2d 580, 586 (5th Cir. 1992) (internal quotation marks and citation omitted).  The proceedings in the district court support its conclusion that no condition or combination of conditions will reasonably assure the safety of the community based on the nature and circumstances of the offenses charged, Williams's history and characteristics, and the nature and seriousness of the danger that his release would pose.  *See* 18 U.S.C. § 3142(g).

The order denying revocation is AFFIRMED.